**TRUSTEES OF BOSTON UNIVERSITY v. EVERLIGHT ELEC. CO., INC. ET AL.,**
United States District Court, District of Massachusetts
Consolidated Case No. 12-cv-11935-PBS

Declaration of Stephen C. Steinberg In Support of Defendants' Motion for Finding of Contempt by Plaintiff's Lead Counsel

# EXHIBIT: 28

**From:** Michael Shore <mshore@ShoreChan.com>
**Date:** November 5, 2015 at 6:37:46 PM EST
**To:** "Rich Vasquez" <rvasquez@vbllaw.com>
**Subject: RE: Everlight Spreadsheet**

You do have work to do. We are going to the Celtics game tomorrow. Boston is fun.

**From:** Rich Vasquez [mailto:rvasquez@vbllaw.com]
**Sent:** Thursday, November 05, 2015 4:42 PM
**To:** Michael Shore <mshore@ShoreChan.com>
**Subject:** Re: Everlight Spreadsheet

If you have a specific non-infantile fact to bring to my attention your ego is getting in the way of disclosing it.

What do you claim is false and how?

I am unimpressed by your rhetoric and your "case" that has been disclosed.

I have work to do, so if you have information, explain.

--Rich

Sent from my iPhone

On Nov 5, 2015, at 5:37 PM, Michael Shore <mshore@ShoreChan.com> wrote:

> You are not very clever Rich, and the case is crashing around you. I guess you deserve what happens next. Nothing is getting Dauberted, but your clients may get their pleadings struck. See you Monday.

**From:** Rich Vasquez [mailto:rvasquez@vbllaw.com]
**Sent:** Thursday, November 05, 2015 4:31 PM
**To:** Michael Shore <mshore@ShoreChan.com>
**Cc:** Eric Benisek <ebenisek@vbllaw.com>
**Subject:** Re: Everlight Spreadsheet

I don't know what you are talking about.

Obviously you sound hysterical and are providing zero explanation for your below claim.

Explain yourself, because the fraud in this case that is before the court are the Damages Report and the judge has already warned you that she will Daubert your damages report, and JMOL any success your argument might be lucky enough to generate if she allows in your evidence.

Rich

Sent from my iPhone

On Nov 5, 2015, at 5:11 PM, Michael Shore <mshore@ShoreChan.com> wrote:

> Rich,
>
> I will give you until 10:00 AM tomorrow to withdraw your request to offer any evidence to reduce the Everlight royalty base. If you do not file something stipulating to the prior numbers by that time, I will reveal to the Court the total, complete and utter fraud that you are trying to perpetrate. I usually just execute lawyers who try to perpetrate a fraud upon my clients and the Court, but since you are perhaps a victim of your client's fraud in making up false evidence, I will give you this one opportunity to save yourself. This one is going to leave a mark if you persist.
>
> Michael