IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE TRUSTEES OF BOSTON UNIVERSITY PATENT CASES | ) ) ) ) ) ) ) | Civil Action Nos.<br>12-cv-11935-PBS<br>12-cv-12326-PBS<br>12-cv-12330-PBS |

## DECLARATION OF CHRISTOPHER L. EVANS

I, Christopher L. Evans, hereby declare as follows:

1. I am an attorney with Shore Chan DePumpo LLP and counsel of record for Plaintiff Trustees of Boston University ("BU") in the above-captioned cases. I am over the age of 21 years, and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of the Proof of Service to Finnegan Henderson Farabow Garrett & Dunner LLP executed on May 3, 2016.

3. Attached as **Exhibit B** is a true and correct copy of the Proof of Service to Vasquez, Benisek & Lindgren LLP executed on April 29, 2016.

4. Attached as **Exhibit C** is a true and correct copy of the Objections to Subpoena to Finnegan, Henderson, Farabow, Garrett & Dunner LLP dated May 11, 2016.

5. Attached as **Exhibit D** is a true and correct copy of the Objections to Subpoena to Vasquez Benisek & Lindgren LLP dated May 13, 2016.

I declare under penalty of perjury that the foregoing is true and correct on May 19, 2016.

                                              */s/ Christopher L. Evans*
                                              Christopher L. Evans