# EXHIBIT B

OAO88 (Rev. 12/07) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON UNIVERSITY,
*Plaintiff,*

v.

EVERLIGHT ELECTRONICS CO., LTD., et al.,
*Defendant.*

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  1:12-CV-11935-PBS

TO:  Vasquez Benisek & Lindgren LLP
c/o Richard Vasquez, 3685 Mt Diablo Blvd, Lafayette, CA 94549

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. (See Exhibit A)

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| DeMichelle-Huseby Court Reports<br>700 Webster, Fairfield, California  94533. | May 17, 2016   9:00 am PST |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Attorney for Trustees of Boston University | DATE<br>April 29, 2016 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael W. Shore
Shore Chan DePumpo LLP
901 Main Street, Suite 3300, Dallas, TX 75202  /  (214) 593-9110

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/07) Subpoena in a Civil Case

## RETURN OF SERVICE

**District of Massachusetts**  **United States District Court**

Case Number: 1:12-CV-11935-PBS      Production Date: 5/17/2016 at 9:00 am PST

**Trustees of Boston University,**

**Plaintiff,**

v.

**Everlight Electronics Co. Ltd., et al.,**
**Defendant**

For:
Shore Chan DePumpo LLP
901 Main Street
Suite 3300
Dallas, TX 75202

I received the Subpoena in a Civil Case with Plaintiff's Notice of 30(b)(6) Deposition on Written Questions to Vasquez, Benisek & Lindgren LLP and Exhibit A on the 29th day of April, 2016 at 3:00 pm to be delivered to **Vasquez, Benisek & Lindgren LLP C/O Richard Vasquez at:**

**3685 Mount Diablo Boulevard, Lafayette, Contra Costa County, CA 94549.**

I, Gilberto Ceja, do hereby affirm that on the **29th day of April, 2016** at **3:15 pm, I:**

delivered to a **CORPORATION** by personally delivering a true copy of the **Subpoena in a Civil Case with Plaintiff's Notice of 30(b)(6) Deposition on Written Questions to Vasquez, Benisek & Lindgren LLP and Exhibit A** with the date of delivery endorsed thereon by me, to: **Dee Grey** as **Office Manager** for **Vasquez, Benisek & Lindgren LLP**, at the address of: **3685 Mount Diablo Boulevard, Lafayette, Contra Costa County, CA 94549**, and informed said person of the contents therein, in compliance with state statutes.

Gilberto Ceja
Process Server

**Express Litigation Services**
**expresslitigation@yahoo.com**
**530 Prairie Lane**
**Mesquite, TX 75150**
**(214) 744-1981**

Our Job Serial Number: PEL-2016000907