IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE TRUSTEES OF BOSTON UNIVERSITY PATENT CASES | ) ) ) ) ) | Civil Action Nos. 12-cv-11935-PBS 12-cv-12326-PBS 12-cv-12330-PBS |

**PLAINTIFF'S NOTICE REGARDINGS COSTS**

Pursuant to the Court's Order that the Parties shall try to reach an agreement on costs and notify the Court by April 8, 2019, Plaintiff hereby informs the Court that no agreement was reached.

Date: April 8, 2019

Submitted By,

*/s/ Christopher L. Evans*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile: (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

COUNSEL FOR TRUSTEES OF BOSTON UNIVERSITY

## CERTIFICATE OF SERVICE

The undersigned certifies that the forgoing document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 8, 2019.

/s/ Christopher L. Evans
Christopher L. Evans