IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE TRUSTEES OF BOSTON UNIVERSITY PATENT CASES | ) ) ) ) ) ) | Civil Action Nos.<br>12-cv-11935-PBS<br>12-cv-12326-PBS<br>12-cv-12330-PBS |

### **PLAINTIFF'S MOTION TO MODIFY DOCKET NO. 1890**

Plaintiff Trustees of Boston University ("Boston University") files on behalf of its lead counsel, Michael W. Shore, this Motion to Modify Dkt. No. 1890 (the "2019 Order"). For the reasons stated in the Brief in Support filed herewith, Plaintiff respectfully moves the Court pursuant to Federal Rule of Civil Procedure 60(a) to modify Dkt. No. 1890 to clarify that the Court never formally reprimanded Michael Shore, or to enter a clarifying order stating that Mr. Shore was not formally reprimanded by the Court, but rather sanctioned and/or admonished.

Date: January 21, 2020               Submitted By,

*/s/ Michael W. Shore*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile: (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

COUNSEL FOR TRUSTEES OF BOSTON UNIVERSITY

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the forgoing document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 21, 2020.

*/s/ Michael W. Shore*
Michael W. Shore